NELSON H. SALISBURY, as Assignee, etc., Respondent, *v.* DORE LYON et al., Appellants.

SAME, Respondent, *v.* SAME, Appellant.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 12, 1894, which affirmed orders of Special Term denying motions by defendants to be brought in as parties.

*James Stikeman* for appellants.

*Wilfred N. O'Neill* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeals dismissed.